AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ELMER ENRIQUE MORALES-GUTIERREZ, a/k/a "Elmer Gutierrez-Morales," | ) ) ) ) ) | Case No. 16-8367-JMH |

Defendant(s)

FILED by ___ D.C.
OCT - 3 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 2, 2016** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(2) | Illegal reentry after deportation by an aggravated felon |

This criminal complaint is based on these facts:

Please see the affidavit of Immigration and Customs Enforcement ("ICE") Deportation Officer Andy Korzen, which is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Deportation Officer, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/03/2016

_____
Judge's signature

City and state: West Palm Beach, FL

Hon. James M. Hopkins, U.S. Magistrate Judge
Printed name and title

## UNITED STATES v. ELMER ENRIQUE MORALES-GUTIERREZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been so employed for over thirteen years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Elmer Enrique MORALES-GUTIERREZ, also known as Elmer GUTIERREZ-MORALES, committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about October 2, 2016, Elmer Enrique MORALES-GUTIERREZ was arrested in Palm Beach County, Florida on a charge of criminal mischief over $1,000.00. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is, Elmer Enrique MORALES-GUTIERREZ.

4. A review of the immigration alien file assigned to Elmer Enrique MORALES-GUTIERREZ shows that he is a native and citizen of Guatemala. Records further show on or about April 3, 2009, Elmer Enrique MORALES-GUTIERREZ was ordered removed from the United

States. The Order of Removal was executed on or about April 17, 2009, whereby Elmer Enrique MORALES-GUTIERREZ was removed from the United States and returned to Guatemala.

5. Thereafter, Elmer Enrique MORALES-GUTIERREZ re-entered the United States illegally and was removed for the second time on or about April 15, 2015.

6. Further review of records shows that on or about June 28, 2007, in the Circuit Court of the Fifteenth Judicial Circuit of Florida in and for Palm Beach County, Elmer Enrique MORALES-GUTIERREZ was convicted of battery on a police officer, case number 07CF004378.

7. Additional records show that on or about October 29, 2013, in the United States District Court, District of Arizona, Elmer Enrique MORALES-GUTIERREZ was convicted of the offense of conspiracy to transport and harbor illegal aliens, case number CR 13-00143-003-PHX-SRB.

8. On October 3, 2016, I scanned Elmer Enrique MORALES-GUTIERREZ's fingerprints taken in connection with his October 2, 2016 arrest in Palm Beach County into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United Sates, that is, Elmer Enrique MORALES-GUTIERREZ.

9. I performed a record check in the Computer Linked Application Informational Management System ("CLAIMS") to determine if Elmer Enrique MORALES-GUTIERREZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Elmer Enrique MORALES-GUTIERREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for readmission into the United States as required by law.

10. Based on the foregoing, I submit that probable cause exists to believe that, on or about October 2, 2016, Elmer Enrique MORALES-GUTIERREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this ___3___ day of October, 2016.

_____
HON. JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc. No. 16-8367-JMH

UNITED STATES OF AMERICA

v.

ELMER ENRIQUE MORALES-GUTIERREZ,
    a/k/a "Elmer Gutierrez-Morales,"

        Defendant.
_____/

CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                            Respectfully submitted,

                            WIFREDO A. FERRER
                            UNITED STATES ATTORNEY

            BY:    _____
                            ALEXANDRA CHASE
                            ASSISTANT UNITED STATES ATTORNEY
                            District Court No. A5501746
                            500 South Australian Avenue, Suite 400
                            West Palm Beach, Florida 33401
                            Tel: (561) 209-1011
                            Fax: (561) 659-4526
                            alexandra.chase@usdoj.gov